IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN LYNN BAILEY, D-10636, ) | |
| ) | |
| Petitioner, ) | No. C 10-3904 CRB (PR) |
| ) | |
| vs. ) | ORDER OF TRANSFER |
| ) | |
| GARY SWARTHOUT, Warden, ) | (Docket # 3) |
| ) | |
| Respondent. ) | |
| ) | |

Petitioner, a state prisoner at California State Prison, Solano, seeks federal habeas review of the execution of his state sentence. Specifically, he seeks review of a prison disciplinary finding that resulted in the forfeiture of 150 days of time credit.

Venue is proper in a habeas action in either the district of conviction or the district of confinement. 28 U.S.C. § 2241(d). But the district of confinement is the preferable forum to review the execution of a sentence. See Habeas L.R. 2254-3(a); Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989); cf. Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968) (district of conviction preferable forum to review conviction).

Because California State Prison, Solano lies in the Eastern District of California, the court orders that pursuant to 28 U.S.C. § 1404(a) and Habeas Local Rule 2254-3(b), and in the interest of justice, this petition be transferred to the United States District Court for the Eastern District of California.

The clerk shall transfer this matter and terminate all pending motions as moot.

SO ORDERED.

DATED: Sept. 8, 2010

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.10\Bailey, R1.transfer.wpd